# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| SIGURD MURPHY and KEITH UEHARA, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>CELESTRON ACQUISITION, LLC,<br>(see Additional Defendants listed on Attachment 1)<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attachment 2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph W. Cotchett, Adam J. Zapala, Elizabeth T. Castillo,
James G.B. Dallal, Reid W. Gaa
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200, Burlingame, CA 94010
Tel: 650-697-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Attachment 1

*Additional Defendants*:

CELESTRON ACQUISITION, LLC,

NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD.,

NINGBO SUNNY ELECTRONIC CO. LTD.,

OLIVON MANUFACTURING CO. LTD.,

OLIVON USA, LLC,

SKY-WATCHER CANADA,

SKY-WATCHER USA,

SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD.,

SW TECHNOLOGY CORP.,

SYNTA CANADA INTERNATIONAL ENTERPRISES LTD., and

SYNTA TECHNOLOGY CORP. OF TAIWAN

# ATTACHMENT 2

| Defendant | Address |
|---|---|
| CELESTRON ACQUISITION, LLC | c/o Agent for Service of Process: Paracorp Incorporated 2804 Gateway Oaks Dr. #100 Sacramento, CA 95833 |
| NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD. | No. 399 West Zhongshan Rd, Rugao City Jiangsu China 226500 |
| NINGBO SUNNY ELECTRONIC CO. LTD. | 199 An Shan Lu, Yuyao Ningbo, Zhejiang China |
| OLIVON MANUFACTURING CO. LTD. | 11880 Hammersmith Way Richmond, BC V7A 5C8, Canada |
| OLIVON USA, LLC | c/o Jean Shen 5525 Coley Ave Las Vegas, NV 89146 |
| SKY-WATCHER CANADA | 11880 Hammersmith Way, Richmond, BC V7A 5C8, Canada |
| SKY-WATCHER USA | 475 Alaska Avenue Torrance, CA 90503 |
| SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD. | No. 65, Yushan Road New District, 215011, Jiangsu China |
| SW TECHNOLOGY CORPORATION | c/o Agent for Service of Process: Corey Lee 2835 Columbia Street Torrance, CA 90503 |
| SYNTA CANADA INTERNATIONAL ENTERPRISES LTD. | 4035 Williams Rd. Richmond, BC VJE 1J7 |
| SYNTA TECHNOLOGY CORPORATION OF TAIWAN | No. 89 Lane 4 Chia-An W. Road Lung-Tan Taoyuan Taiwan R.O.C. |