Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
James G.B. Dallal (SBN 277826)
Reid W. Gaa (SBN 330141)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com
rgaa@cpmlegal.com

*Attorneys for Plaintiffs Sigurd Murphy and Keith Uehara*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGURD MURPHY and KEITH UEHARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC,<br>NANTONG SCHIMDT OPTO-ELECTRICAL TECHNOLOGY CO, LTD.,<br>OLIVON MANUFACTURING CO. LTD.,<br>OLIVON USA, LLC,<br>SKY-WATCHER CANADA,<br>SKY-WATCHER USA,<br>SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD.,<br>SW TECHNOLOGY CORP.,<br>SYNTA CANADA INTERNATIONAL ENTERPRISES LTD., and<br>SYNTA TECHNOLOGY CORP. OF TAIWAN,<br><br>Defendants. | Case No.<br><br>**NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**NOTICE OF LODGING OF ADMINISTRATIVE MOTION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Sigurd Murphy and Keith Uehara, by and through their undersigned attorneys of record, have filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12 in *Optronic Technologies, Inc. v. Ningbo Sunny Electronic Co., Ltd., et al.*, Case No. 5:16-cv-06370-EJD (*Orion* Action). The Administrative Motion seeks a determination under Civil Local Rule 3-12 with respect to whether the instant action is related to the *Orion* Action and the following earlier filed actions:

1. *Daniel Hightower, et al. v. Celestron Acquisition LLC, et al.,* Case No. 5:20-cv-03639-EJD (*Hightower* Action); and

2. *Spectrum Scientifics LLC, et al. v. Celestron Acquisition LLC, et al.,* Case No. 3:20-cv-03642-JD (*Spectrum* Action).

A copy of the Administrative Motion is attached hereto as Exhibit A.

DATED: June 23, 2020                              Respectfully submitted,

                                               */s/ Adam J. Zapala*
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
James G.B. Dallal (SBN 277826)
Reid W. Gaa (SBN 330141)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com
rgaa@cpmlegal.com

---

**NOTICE OF LODGING OF ADMINSTRATIVE MOTION**                                                        1