```
1  Joseph W. Cotchett (SBN 36324)
   Adam J. Zapala (SBN 245748)
2  Elizabeth T. Castillo (SBN 280502)
   James G.B. Dallal (SBN 277826)
3  Reid W. Gaa (SBN 330141)
   COTCHETT, PITRE & McCARTHY, LLP
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
6  jcotchett@cpmlegal.com
   azapala@cpmlegal.com
7  ecastillo@cpmlegal.com
   jdallal@cpmlegal.com
8  rgaa@cpmlegal.com

9  Attorneys for Plaintiffs Sigurd Murphy and Keith Uehara
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGURD MURPHY and KEITH UEHARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC,<br>NANTONG SCHIMDT OPTO-ELECTRICAL TECHNOLOGY CO, LTD.,<br>OLIVON MANUFACTURING CO. LTD.,<br>OLIVON USA, LLC,<br>SKY-WATCHER CANADA,<br>SKY-WATCHER USA,<br>SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD.,<br>SW TECHNOLOGY CORP.,<br>SYNTA CANADA INTERNATIONAL ENTERPRISES LTD., and<br>SYNTA TECHNOLOGY CORP. OF TAIWAN,<br><br>Defendants. | Case No. 5:20-cv-04049-EJD<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT SKY-WATCHER USA** |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT SKY-WATCHER USA**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 29, 2020, Plaintiffs filed a Proof of Service of Summons and Complaint on Defendant Sky-Watcher USA ("Proof of Service") (ECF No. 8). Plaintiffs, by and through their undersigned counsel, hereby withdraw the Proof of Service.

DATED: July 2, 2020                          Respectfully submitted,

/s/ Adam J. Zapala
Joseph W. Cotchett (SBN 36324)
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
James G.B. Dallal (SBN 277826)
Reid W. Gaa (SBN 330141)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com
rgaa@cpmlegal.com

*Attorneys for Plaintiffs Sigurd Murphy and Keith Uehara*