Joseph W. Cotchett (SBN 36324)
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Tamarah P. Prevost (SBN 313422)
Reid W. Gaa (SBN 330141)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
tprevost@cpmlegal.com
rgaa@cpmlegal.com

*Attorneys for Plaintiffs Sigurd Murphy and Keith Uehara*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGURD MURPHY and KEITH UEHARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, *et al.*<br><br>Defendants. | Case No. 5:20-cv-03639-EJD<br>Case No. 5:20-cv-04049-EJD<br><br>**CERTIFICATE OF SERVICE**<br><br>**Judge: Hon. Edward J. Davila** |
| **This Document Also Relates To:**<br>**No. 5:20-cv-03639-EJD**<br><br>DANIEL HIGHTOWER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, *et al.*<br><br>Defendants. | |

**CERTIFICATE OF SERVICE; Case Nos. 5:20-cv-03639-EJD; 5:20-cv-04049-EJD**

# CERTIFICATE OF SERVICE

I am employed in San Mateo County where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame, CA 94010. I am readily familiar with the firm's practices for the service of documents. Today, I served or caused to be served a true copy of the following:

1. **Notice of Motion and Motion to Appoint Cotchett, Pitre & McCarthy, LLP Interim Lead Counsel for Indirect Purchaser Plaintiffs and Memorandum of Points and Authorities in Support;**

2. **Declaration of Adam J. Zapala in Support of Notice of Motion and Motion to Appoint Cotchett, Pitre & McCarthy, LLP Interim Lead Counsel for Indirect Purchaser Plaintiffs;**

3. **Exhibit A (Cotchett, Pitre & McCarthy, LLP's Resume); and**

4. **[Proposed] Order Granting Plaintiffs' Motion to Appoint Cotchett, Pitre & McCarthy, LLP Interim Lead Counsel for Indirect Purchaser Plaintiffs.**

 **X**  **BY E-MAIL**: My e-mail address is mcaylao@cpmlegal.com and service of the documents occurred on the date shown below. The documents were served electronically, and the transmission was reported as complete and without error.

**[SEE ATTACHED SERVICE LIST]**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on this 23rd day of July 2020.

*/s/ Michael Caylao*
Michael Caylao

# SERVICE LIST

| | |
|---|---|
| Dan Drachler<br>**Zwerling, Schachter & Zwerling, LLP**<br>1904 Third Avenue, Suite 1030<br>Seattle, WA 98101-1170<br>Tel: 206-223-2053<br>Fax: 206-343-9636<br>ddrachler@zsz.com<br><br>Robert S. Schachter<br>**Zwerling Schachter & Zwerling, LLP**<br>41 Madison Avenue<br>32nd Floor<br>New York, NY 10010<br>Tel: 212-223-3900<br>Fax: 212-371-5969<br>rschachter@zsz.com<br><br>Eric B. Fastiff<br>Lin Y. Chan<br>Jalle H. Dafa<br>**Lieff Cabraser Heimann & Bernstein**<br>275 Battery St, 29th Floor<br>San Francisco, CA 94111<br>Tel: 415-956-1000<br>Fax: 415-956-1008<br>efastiff@lchb.com<br>lchan@lchb.com<br>jdafa@lchb.com<br><br>*Counsel for Plaintiff Norman Goldblatt in Goldblatt v. Shen, et al., Case No. 3:20-cv-04860-LB* | Marc M. Seltzer<br>Steven Skalver<br>Kalpana Srinivasan<br>**Susman Godfrey L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: 310-789-3100<br>Fax: 310-789-3150<br>mseltzer@susmangodfrey.com<br>ssklaver@susmangodfrey.com<br>ksrinivasan@susmangodfrey.com<br><br>*Counsel for Plaintiffs Sara Day Brewer and Thien Ngo in Brewer, et al. v. Celestron Acquisition, LLC et al., Case No. 5:20-cv-04823-SVK* |