1  Dennis J. Stewart (SBN 99152)
   **GUSTAFSON GLUEK PLLC**
2  600 B Street
   17th Floor
3  San Diego, CA 92101
   Telephone: (619) 595-3299
4  dstewart@gustafsongluek.com

5

6  *Attorney for Plaintiff Jim Riley*

7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10 | SIGURD MURPHY and KEITH UEHARA, on behalf of himself and all others similarly situated, | Case No. 5:20-cv-04049 |
   |---|---|
   | | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
   | Plaintiffs, | |
   | v. | Related Case: *Riley et al. v. Celestron Acquisition LLC et al.*, Case No.: 3:20-cv-06527 |
   | CELESTRON ACQUISITION, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO. LTD. OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, SKY-WATCHER CANADA, SKY-WATCHER USA, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SW TECHNOLOGY CORP., SYNTA CANADA INTERNATIONAL ENTERPRISES LTD., and SYNTA TECHNOLOGY CORP. OF TAIWAN, | |
   | Defendants. | |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

The Court, having considered all of the papers and pleadings on file, and good cause appearing, HEREBY GRANTS Plaintiff Jim Riley's administrative motion to relate. The Court finds that the action styled *Riley et al. v. Celestron Acquisition LLC et al.*, Case No.: 3:20-cv-06527 (the "*Riley* Action") concerns substantially the same parties, property, transaction or events as those at issue in this action, and further finds that it appears likely there will be an unduly burdensome duplication of labor and expense or conflicting results if this action and the *Riley* Action are conducted before different judges.

Therefore, good cause appearing, the Court GRANTS Plaintiff's motion to relate the *Riley* Action to this action. The Clerk of the Court shall reassign the *Riley* Action as set forth in Civil Local Rule 3-12(f)(3).

**IT IS SO ORDERED.**

DATED:                                             By:_____
                                                               Hon. Edward J. Davila
                                                               United States District Judge

---

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

1